**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6609

ALBERT ANDERSON,

Plaintiff - Appellant,

v.

WINSTON SALEM POLICE DEPARTMENT, Sued in official capacity; BOBBY F. KIMBROUGH, Chief of sheriff sued in individual and official capacity; CATRINA AMELIA THOMPSON, Chief of police sued in individual and official capacity; CITY OF WINSTON SALEM, Sued in official capacity; C. J. REYNOLDS, Winston salem police department sued in individual capacity; D. L. WYLIE, Winston salem police department sued in individual capacity; HOLLINGSWORTH, Deputy sheriff's office sued in individual capacity; B. B. JONES, Deputy sheriff's office sued in individual capacity; B. A. FAISON-WALDEN, Deputy sheriff's sued in individual capacity; E. L. RIVERA-CORREA, Sheriffs office sued in individual capacity; T. CURRY, Sheriff office sued in individual capacity; SUZANNE CURRY, -K9 being sued in both; MAGISTRATE RIVERA, Being sued in both; SHERIFF'S DEPARTMENT, Being sued in official capacity; DEFENDER DISTRICT 21, Office of the public defender sued in official capacity; BRIAN C. SHILLITO, Assistant public defender sued in individual capacity; FORSYTH COUNTY DETENTION CENTER, Being sued in official capacity; EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Being sued in official capacity; PAUL MARSHALL JAMES, III, Chief public defender being sued in both,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., District Judge. (1:23-cv-00264-WO-LPA)

Submitted: April 30, 2024                    Decided: May 22, 2024

—————————

Before NIEMEYER and KING, Circuit Judges, and KEENAN, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Albert Anderson, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Anderson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Anderson's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Anderson v. Winston Salem Police Dep't*, No. 1:23-cv-00264-WO-LPA (M.D.N.C. May 10, 2023). We deny Anderson's motion for general relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
